Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 OCT -8 PM 1:47

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re: | Case No. 05-41192 |
| --- | --- |
| MARGARET ANN DINGMAN | Chapter 7 |
| Debtor(s). | Judge: WILLIAM T. THURMAN |

**DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and hereby represents to the Court that:

_____ A     The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

__x__ B     The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CLAIM# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
| --- | --- | --- |
| 1 | Outsource Receivables<br>PO Box 166<br>Ogden, UT 84402 | 4.83 |

3

A check in the amount of $4.83 representing said funds in payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 25th day of September, 2010.

_____
PHILIP G. JONES
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 25th day of September, 2010:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 8411

JENNIFER L NEELEMAN
1904 Wetmore Ave., Suite 200
Everett, WA 98201

_____

Case 05-41192   Doc 45   Filed 10/08/10   Entered 10/12/10 08:28:08   Desc Main Document   Page 3 of 3

Date: 09/25/10   Page: 1

## DIVIDENDS REMITTED TO THE COURT

Case Number 05-41192 - DINGMAN, MARGARET ANN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Outsource Receivables<br>PO Box 166<br>Ogden, UT 84402<br>993781 | 000001 | 338.06 | 4.83 |
| ---------- Remittance Total --------------- | | 338.06 | 4.83 |

*[signature]*

PHILIP G. JONES, Trustee
COURT1   Printed: 09/25/10 08:56 AM   Ver: 15.20